Commonwealth *v.* Wagner, Appellant.
Commonwealth *v.* Bucks, Appellant.

Argued June 12, 1974. *William W. Stainton,* with him *John W. Beyer,* and *Arnold Bricker, Beyer & Barnes,* for appellant; *Michael H. Ranck,* Assistant District Attorney,

with him *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.